# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL ROBINSON, | : | Civil No. 1:20-CV-1171 |
| Plaintiff, | : | |
| v. | : | |
| SUPERINTENDENT THERESA DELBALSO, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 18th day of September, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's first, second, and third amended complaints, Docs. 15, 18 and 20, are **STRICKEN** from the docket without prejudice to Plaintiff initiating a new action or actions as to the claims asserted.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania