# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL ROBINSON, | : Civil No. 1:20-CV-1171 |
| Plaintiff, | : |
| v. | : |
| SUPERINTENDENT THERESA DELBALSO, *et al.*, | : |
| Defendants. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 31st, day of March, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion for a temporary restraining order, Doc. 11, is **DENIED**.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania